| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | Lexi Negin, Bar #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | KEVIN JAMES ZYDONIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-09-135 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| KEVIN JAMES ZYDONIS, | ) | |
| | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on May 11, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 11, 2009, be continued until May 18, 2009, at 10:00 a.m.. In addition, the parties stipulate that the time period from May 11, 2009, to May 18, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

DATED: May 8, 2009

                              Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN | DANIEL BRODERICK |
| Acting United States Attorney | Federal Defender |
| | |
| /s/ Lexi Negin for | /s/ Lexi Negin |
| RUSSELL CARLBERG | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Kevin James Zydonis |

**IT IS SO ORDERED.**

DATED: May 8, 2009

                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE